UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ANTHONY GODOY,<br><br>    Petitioner,<br><br>  v.<br><br>DOMINGO URIBE JR.,<br><br>    Respondent. | No. CV 10-7927-R (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: May 15, 2013  _____
                                        MANUEL L. REAL
                                 United States District Judge